UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DESHAWN JENKINS,

       Petitioner,

                                  CASE NO. 2:14-CV-12207
v.                                  HONORABLE GEORGE CARAM STEEH

JEFFREY WOODS,

       Respondent.
_____/

**ORDER DENYING MOTION TO ALTER OR AMEND JUDGMENT**

      This matter is before the court on the petitioner's motion to alter or amend the judgment concerning the court's denial of his petition for a writ of habeas corpus, which was brought pursuant to 28 U.S.C. § 2254. The court reviewed the petition and the state court decisions, determined that the petitioner's claims concerning the sufficiency of the evidence and the validity of his sentence lacked merit, and denied the petition. The petitioner now seeks reconsideration of that decision, asserting that the evidence against him was not overwhelming and there was no physical evidence linking him to the crime. The petitioner does not challenge the court's ruling on his sentencing claim.

      A motion for reconsideration which presents issues already ruled upon by a district court, either expressly or by reasonable implication, will not be granted. Hence v. Smith, 49 F. Supp. 2d 547, 550 (E.D. Mich. 1999); Czajkowski v. Tindall & Assoc., P.C., 967 F. Supp. 951, 952 (E.D. Mich. 1997). The petitioner raises such issues in his motion. The court properly denied the petition for the reasons stated in the opinion and order. The evidence was sufficient under the standard set forth in Jackson v. Virginia, 443 U.S. 307,


319 (1979). The petitioner has not met his burden of showing a palpable defect by which the court has been misled or his burden of showing that a different disposition must result from a correction thereof, as required by Local Rule 7.1(h)(3). Accordingly, the court **DENIES** the petitioner's motion for reconsideration.

Dated: June 24, 2014

                                              s/George Caram Steeh
                                              GEORGE CARAM STEEH
                                              UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on June 24, 2014, by electronic and/or ordinary mail and also on Deshawn Jenkins #835289, Chippewa Correctional Facility, 4269 W. M-80, Kincheloe, MI 49784.

s/Barbara Radke
Deputy Clerk